No. 25,336.

J. E. BREWER and C. S. BREWER, Copartners, doing business under
the firm name of J. E. BREWER COMPANY, *Appellees*, v. THE
POSTAL TELEGRAPH CABLE COMPANY, *Appellant*.

SYLLABUS BY THE COURT.

DAMAGES—*Negligence in Transmitting Night Telegram.*    The judgment ren-
dered against defendant for its failure to promptly transmit and deliver a
telegram is affirmed on the authority of *Brewer v. Telegraph Cable Co.,* 112
Kan. 571, 212 Pac. 105, a decision made upon a former appeal.

Appeal from Dickinson district court; CASSIUS M. CLARK, judge.    Opinion
filed June 7, 1924.    Affirmed.

*S. S. Smith,* of Abilene, for the appellees.

*G. W. Hurd,* and *Arthur Hurd,* both of Abilene, for the appellant.

The opinion of the court was delivered by

JOHNSTON, C. J.:    This is an appeal from the judgment rendered
in favor of the J. E. Brewer Company and against the Postal Tele-
graph Cable Company, as damages for failure to transmit and
deliver a telegram.    The case was here before upon appeal from a
judgment rendered for defendant upon the pleadings and opening
statement of counsel.    (*Brewer v. Telegraph Cable Co.,* 112 Kan.
571, 212 Pac. 105.)    That judgment was reversed, and upon the
second trial, from which this appeal is taken, judgment was given
in favor of the plaintiff.

In its appeal defendant does not abstract the evidence, and as-
signs as error only the overruling of its motion for judgment on
the pleadings and opening statement of counsel for plaintiff.    Coun-
sel's opening statement in the second trial was substantially the
same as was made in the first, and it is conceded that the questions
of law submitted now are the same as were presented and deter-
mined on the former appeal.    No good reason is seen for a change
of opinion on the legal questions involved nor for further discus-
sion of them.    It follows that the judgment must be affirmed.